# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES**                                                                                       **PLAINTIFF**

**VS.**                                     **CRIMINAL ACTION NO. 3:06cvCR24- HTW-LRA**
                                                            **CIVIL ACTION NO.  3:11CV271-HTW-LRA**

**JOE LEWIS COLLINS**                                                              **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson, entered on July 31, 2014, in the above styled and numbered cause.  On August 14, 2014, defendant Collins filed a document asking for a copy of the entire docket sheet and seeking the appointment of counsel. This document is dated August 9, 2014, but as earlier stated, was not received by the court until August 14, 2014.  Afterwards, Collins filed his objections to the Magistrate Judge's Report and Recommendation.  The court received his objections on August 22, 2014.

This court has studied the Magistrate Judge's Report and Recommendation and the defendant's objections thereto and finds that the defendant's objections and request for counsel are not well taken.  Accordingly, this court hereby adopts the Magistrate Judge's Report and Recommendation as the order of this court.

**SO ORDERED, THIS THE 31st DAY OF August, 2014.**

                                                   **s/ HENRY T. WINGATE**
                                                 **UNITED STATES DISTRICT JUDGE**